UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY DORE, *individually and on behalf of all others similarly situated*,<br><br>                     Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                     Defendant. | Case No. 2:19-cv-01601-MJH<br><br>Hon. Marilyn J. Horan |

**UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING FINAL APPROVAL OF CLASS SETTLEMENT**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") submits this unopposed motion seeking a stay of these proceedings until the United States District Court for the Northern District of California rules on whether to grant final approval of the proposed class settlement in *Hernandez v. Wells Fargo Bank, N.A.*, No. 3:18-cv-07354-WHA (N.D. Cal.).  For the reasons set forth in the accompanying memorandum of law, a stay is warranted in this case.  Wells Fargo therefore respectfully requests that the Court expeditiously enter the attached Proposed Order staying all proceedings in this action pending final approval of the settlement in *Hernandez*, and for all other relief the Court deems just and proper.

Dated: April 23, 2020                               Respectfully submitted,

                                                                /s/ *Amanda R. Cashman*
                                                                Amanda R. Cashman
                                                                PA ID #306843
                                                                K&L Gates LLP
                                                                K&L Gates Center
                                                                210 Sixth Avenue
                                                                Pittsburgh, PA 15222

1

        Telephone: (412) 355-6331
        Email: amanda.cashman@klgates.com

        Amanda L. Groves (*pro hac vice*)
        agroves@winston.com
        Kobi Kennedy Brinson (*pro hac vice*)
        kbrinson@winston.com
        WINSTON & STRAWN LLP
        300 South Tryon Street, 16th Floor
        Charlotte, NC 28202
        Tel: (704) 350-7700
        Fax: (704) 350-7800

        *Counsel for Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that on April 23, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated: April 23, 2020 /s/ *Amanda R. Cashman*
Amanda R. Cashman

*Counsel for Wells Fargo Bank, N.A.*