UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY DORE, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　　　Defendant. | Case No. 2:19-cv-01601-MJH<br><br>Hon. Marilyn J. Horan |

# [~~PROPOSED~~] ORDER

This matter is before the Court on Wells Fargo's motion seeking a stay of these proceedings. Upon consideration of the motion, accompanying memorandum of law, and supporting documents, it is hereby ordered that the motion is GRANTED, and that all proceedings in this matter are stayed until the United States District Court for the Northern District of California rules on whether to grant final approval of the proposed class settlement in *Hernandez v. Wells Fargo Bank, N.A.*, No. 3:18-cv-07354-WHA (N.D. Cal.).

**IT IS SO ORDERED.**

Dated:  April 24, 2020

　　　　　　　　　　　　　　　　　　　　　　*/s/ Marilyn J. Horan*
　　　　　　　　　　　　　　　　　　　　　　Hon. Marilyn J. Horan
　　　　　　　　　　　　　　　　　　　　　　United States District Judge