UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY DORE, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant. | No: 2:19-cv-1601 |

## NOTICE OF VOLUNTARY DISIMSSAL OF ACTION PURSUANT TO FED. R. CIV. PR. 41(a)(1)(ii) WITHOUT PREJUDICE

Pursuant to Rule 41(A)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above action without prejudice. Plaintiff and Defendant shall each bear their own costs.

Dated: December 16, 2020

/s/ Daniel C. Levin
DANIEL C. LEVIN, ESQUIRE
Levin Sedran & Berman LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
215-592-1500

*Counsel for Plaintiff*

/s/ Amanda R. Cashman
AMANDA R. CASHMAN, ESQUIRE
K&L Gates, LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
412-355-6331

*Counsel for Defendant*

It is so ordered this 16th day of December 2020.

By the Court:

_____
Marilyn J. Horan